517 A.2d 772

**STATE of Maryland**

v.

**Waddell George DUNN and Kenneth Milton Schaub.**

**No. 129, Sept. Term, 1986.**

Court of Appeals of Maryland.

Nov. 26, 1986.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 26th day of November, 1986

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for reconsideration in light of *State v. Lyles et al.*, 308 Md. 129, 517 A.2d 761 (1986). The appellees to pay the costs.